Giansante *v.* Pascuzzo et ux., Appellants.

Argued December 16, 1964. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Ralph Schwartz,* for appellants.

*Charles M. Golden,* with him *Miller, Pincus & Greenberg,* for appellee.

OPINION PER CURIAM, January 15, 1965:

The judgment of the Court of Common Pleas No. 6 of Philadelphia County is affirmed on the opinion of Judge EARL CHUDOFF for the court below, reported at 34 Pa. D. & C. 2d 554.